Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−12885−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Joseph Zappile
   113 Iris Drive
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−2250

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/15/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 16, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 22-12885-JNP
John Joseph Zappile                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                  User: admin                         Page 1 of 3
Date Rcvd: Jun 16, 2022               Form ID: 148                    Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Joseph Zappile, 113 Iris Drive, Egg Harbor Township, NJ 08234-6105 |
| 519573321 | + | Christine Zappile, 113 Iris Drive, Egg Harbor Township, NJ 08234-6105 |
| 519554624 | + | South Jersey gas, 1 South Jersey Plaza, Hammonton, NJ 08037-9100 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 16 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519626908 | + | Email/Text: bankruptcy@pepcoholdings.com | Jun 16 2022 20:38:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 519554607 | + | Email/Text: bankruptcy@pepcoholdings.com | Jun 16 2022 20:38:00 | Atlantic City electric company, PO Box 13610, Philadelphia, PA 19101-3610 |
| 519554608 | + | Email/Text: bankruptcy@pepcoholdings.com | Jun 16 2022 20:38:00 | Atlantic Cty Ele Co Ef, 5100 Harding Hwy, Mays Landing, NJ 08330-2260 |
| 519554609 | + | Email/Text: bk@avant.com | Jun 16 2022 20:39:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 519554610 | + | EDI: LCIBAYLN | Jun 17 2022 00:33:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 519561369 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 16 2022 20:39:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 519554613 | + | EDI: CAPITALONE.COM | Jun 17 2022 00:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519554614 | + | EDI: CAPONEAUTO.COM | Jun 17 2022 00:33:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 519556474 | + | EDI: AISACG.COM | Jun 17 2022 00:33:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519583961 | + | EDI: AISACG.COM | Jun 17 2022 00:33:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519586074 | + | EDI: AIS.COM | Jun 17 2022 00:33:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519554612 | + | EDI: CAPITALONE.COM | Jun 17 2022 00:33:00 | Capital one, PO Box 71083, Charlotte, NC 28272-1083 |
| 519554611 | + | EDI: CAPITALONE.COM | | |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519554615 | + | EDI: CAPITALONE.COM | Jun 17 2022 00:33:00 | Capital one, PO Box 60511, City of IND, CA 91716-0511 |
| | | | Jun 17 2022 00:33:00 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519554616 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 16 2022 20:39:00 | Chrysler capital, PO Box 660335, Dallas, TX 75266-0335 |
| 519554617 | | EDI: CITICORP.COM | Jun 17 2022 00:33:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519633712 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 16 2022 20:38:00 | Community Loan Servicing, LLC, et al., 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| 519554618 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 16 2022 20:38:00 | Community loan servicing, PO Box 740410, Cincinnati, OH 45274-0410 |
| 519554620 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 16 2022 20:43:49 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519554619 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 16 2022 20:43:54 | Credit one bank, PO Box 60500, City of industry, CA 91716-0500 |
| 519579036 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jun 16 2022 20:44:31 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 519555310 | + | EDI: AISACG.COM | Jun 17 2022 00:33:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519554622 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jun 16 2022 20:44:31 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 519554621 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jun 16 2022 20:43:53 | Exeter finance, PO Box 166008, Irving, TX 75016-6008 |
| 519625181 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2022 20:43:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519621729 | + | Email/Text: csc.bankruptcy@amwater.com | Jun 16 2022 20:39:00 | New Jersey American Water, PO Box 578, Alton, IL 62002-0578 |
| 519554623 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 16 2022 20:39:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519554625 | + | EDI: USAA.COM | Jun 17 2022 00:33:00 | USAA federal savings bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 519628367 | + | EDI: AIS.COM | Jun 17 2022 00:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jun 16, 2022 | Form ID: 148 | Total Noticed: 34

Date: Jun 18, 2022        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander Granovsky | on behalf of Trustee Isabel C. Balboa aggs400@yahoo.com |
| Alexander Granovsky | on behalf of Debtor John Joseph Zappile aggs400@yahoo.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4